IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT L. JOHNSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LEVAN THOMAS, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO. 2:06cv64-D |

**ORDER**

Upon CONSIDERATION of the Recommendation of the Magistrate Judge, filed January 30, 2006 (Doc. No. 3), and Plaintiff's Objection, filed February 7, 2006 (Doc. No. 4), and having independently reviewed the file in this case, it is ORDERED as follows:

1. Plaintiff's Objection be and the same is hereby OVERRULED;

2. the Recommendation of the Magistrate Judge be and the same is hereby ADOPTED, APPROVED and AFFIRMED; and

3. this case be and the same is hereby TRANSFERRED to the United States District Court for the Southern District of Alabama, pursuant to the provisions of 28 U.S.C. § 1404.

DONE this 13th day of February, 2006.

                                    /s/ Ira DeMent
                                    SENIOR UNITED STATES DISTRICT JUDGE